**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN F. WILSON,<br> Appellant | ) <br> ) <br> ) |
| v. | ) C.A. No. 11-cv-30190-MAP <br> ) |
| RICHARD KING, ET AL.,<br> Appellee | ) <br> ) <br> ) |

ORDER OF DISMISSAL

November 16, 2011

PONSOR, U.S.D.J.

     Appellant has brought this appeal from an order of the Bankruptcy Court.  The court's initial scheduling order required Appellant to file his brief by July 20, 2011.  See Dkt. No. 3.  This deadline was later extended to September 7, 2011.  See Dkt. No. 4.

     No brief having been filed by Appellant in accordance with the court's order, this bankruptcy appeal is hereby ordered DISMISSED.  The file may now be closed.

     It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        U. S. District Judge