# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. WILSON,<br>　　　　Appellant | )<br>)<br>) |
| v. | )　　CIVIL ACTION NO. 3:11-cv-30190 -MAP |
| RICHARD KING, ET AL.,<br>　　　　Appellee | )<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT**  in accordance with the court's Order of Dismissal entered this date, this case is ordered closed..

　　　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:　November 16, 2011　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


(Civil Judgment (bankruptcy Dismissal -2).wpd - 11/98)
　　　[jgm.]